United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREA B. MCKIM, ) | |
| ) | CIVIL NO. 3:11-cv-5815-RBL-JRC |
| Plaintiff, ) | |
| ) | ORDER FOR EXTENSION OF |
| vs. ) | TIME TO FILE PLAINTIFF'S |
| ) | OPENING BRIEF |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based on Plaintiff's Motion and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before March 20, 2012, Defendant's Answering Brief shall be filed on or before April 17, 2012, and Plaintiff's Reply Brief shall be filed on or before May 1, 2012. Oral argument, if desired, shall be requested by May 8, 2012.

DATED this 17th day of February, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF – [3:11-cv-5815-RBL-JRC] - 1